IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**ANITA BEASLEY,**

    **Defendant.**                                                                Case No. 06-cr-30061-DRH

## ORDER

**HERNDON, District Judge:**

        Defendant has filed a Motion to Continue Competency Hearing (Doc. 38), requesting a continuance because she has recently retained Terry M. Killian, M.D. to conduct a separate psychiatric evaluation, but this exam could not be scheduled until September 26, 2006. Further, the evaluation will not be available until approximately sixty days thereafter. The Defendant is entitled to an examination by a mental health expert of her choosing. She objected to the one chosen by the Attorney General. She may, depending upon the examination by the person she has retained, choose to challenge the conclusions of the examination that were made by those associated with the government. It will take the Defendant's doctor sixty days after examining her to produce his report.

        This is an important issue and a miscarriage of justice will befall the Defendant, and the Public for that matter, if she is unable to fully develop the facts

associated with a professional evaluation(s) of her mental competency to stand trial. The Court hereby finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. Therefore, the Court hereby **GRANTS** the Motion (Doc. 38) and **CONTINUES** Defendant's competency hearing from September 15, 2006 at 9:30 a.m. to **December 1, 2006 at 2:00 p.m.** The Court further states that the date this Motion was filed, September 12, 2006, until the date of the competency hearing, December 1, 2006, is excludable time for purposes of the Speedy Trial Act, pursuant to **18 U.S.C. § 3161(h)(8)(A)**.

    **IT IS SO ORDERED.**

    Signed this 13th day of September, 2006

                                                 /s/     David   RHerndon
                                                 **United States District Judge**