IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

    **Plaintiff,**

vs.

**ANITA B. BEASLEY**

    **Defendant.**       Case No. 06-cr-30061-DRH

## ORDER

**HERNDON, District Judge:**

In a Motion to Modify Conditions of Release (*Travel Conditions of Bond*) (Doc. 40), defendant Beasley is requesting that the travel conditions of her bond be amended to allow her to travel to Springfield, Illinois on Tuesday, September 26, 2006, to attend a doctor appointment for an independent psychiatric evaluation. The Court being advised of the premises and with no objection from Pre-trial Services or from the Assistant United States Attorney, finds the motion should be allowed.

Therefore, Defendant's Motion (Doc. 40) is **GRANTED** so that the conditions of bond for defendant Beasley are **AMENDED** to allow her to travel to Springfield, Illinois on September 26, 2006 for the limited purpose of attending a 12:00 p.m. appointment with Dr. Killian. Defendant shall report back to her

Probation Officer when she has returned from her appointment to the Southern District of Illinois.

**IT IS SO ORDERED.**

Signed this 22nd day of September, 2006.

<u>    /s/        David   RHerndon</u>
**United States District Judge**