IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ANITA BEASLEY,

Defendant.                                              No. 06-CR-30061-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. The Clerk of the Court has possession of Beasley's FOID card. Beasley's FOID card expired on May 1, 2009. Therefore, the Court **ORDERS** the Clerk of the Court to deliver the FOID card to the United States Marshal for proper disposal.

**IT IS SO ORDERED.**

Signed this 2nd day of July, 2009.

/s/ David R Herndon
**Chief Judge**
**United States District Court**